UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                                **NO. 3:07CR-117-05-S**

**JOHN A. YARBROUGH**                                                  **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Ann Claire Phillips, Assistant United States Attorney. The hearing was recorded by Carola Strijek, Contract Court Reporter. The Defendant, John A. Yarbrough, by consent and with Raemona D. Byrd-Jones, CJA appointed counsel, appeared in open court on June 12, 2008, and entered pleas of guilty as to Counts 1, 3, 4, 6,7,8,9 of the Superseding Indictment and agreed to forfeiture under Count 17 of the Superseding Indictment. Counts 2 and 5 will be dismissed at time of sentencing pursuant to a Rule 11(c)(1)(A) and ( C)  plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1.3.4.6.7.8.9  of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned  recommend's  that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to Counts 1,3,4,6,7,8,9  in  the Superseding Indictment  and have sentence imposed accordingly.

Sentencing is hereby scheduled for **September 4, 2008, at 11:00 a.m.** before the Honorable Charles R. Simpson, United States District Court Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall be **remanded** to the custody of the United States Marshal.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 30 |